Respondent, v. FRED SISSER, Doing Business, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CELIA McGANN, as Administratrix, etc., of MARY McGANN, Deceased, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proving the Last Will and Testament of AUGUST DOOPER, Deceased.— Decree affirmed, with costs of this appeal to all parties appearing by separate counsel and filing separate briefs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES STRACHMAN, Respondent, v. MORRIS LEVY, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA R. KING, Respondent, v. 250 WEST 25th STREET REALTY CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Strauss & Co., Inc.*, v. *American Credit Indemnity Co. of New York* (203 App. Div. 361). Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the RHODE ISLAND HOSPITAL TRUST COMPANY, as Trustee, etc., of MARY D. RUSHER, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN BERGIN, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the finding of the jury that the defendant was negligent is contrary to the weight of the evidence. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY W. MULLALLY and Another, Appellants, v. HARMON NATIONAL REAL ESTATE CORPORATION, Respondent.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REBECCA KOSSOWER, as Administratrix, etc., of ISAAC KOSSOWER, Deceased, Respondent, v. KEREN CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

THERESA PAINE v. LIBERTY FREIGHT FORWARDING AND WAREHOUSE COMPANY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed within thirty days after determination of a motion pending in the Supreme Court for a new trial. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL PREISER v. HERMAN FELSHMAN, Also Known as HARRY FELSHMAN. (MAX FELSHMAN and Another, Appellants.)— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed on or before March 15, 1927, and that no further extension of time therefor will be granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BENJAMIN SCHECHTER v. ISRAEL LICHTENSTEIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed within thirty days after determination of a motion pending in the Supreme

Court for a new trial on the ground of newly-discovered evidence. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TILLIE SCHECHTER v. ISRAEL LICHTENSTEIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed within thirty days after determination of a motion pending in the Supreme Court for a new trial on the ground of newly-discovered evidence. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH KOPP and Others.— Motion to dismiss appeal denied, with leave to respondent to renew said motion if the appellants' brief be not served and filed on or before March 1, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KATHRYN FITZPATRICK v. THE CITY OF NEW YORK.— Preference granted for March 15, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 136 EAST 36th STREET CORPORATION v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, etc.— Preference granted for March 8, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH KOPP and Others.— Motion granted and the defendants' time in which to serve and file appellants' points extended to and including March 5, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANDREW ANDERSON v. HAY FOUNDRY AND IRON WORKS and Another.— Preference granted for March 1, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS J. CLOUGHER.— Preference granted for April 5, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD S. WEINROTH, as Administrator, etc., of SAMUEL WEINROTH, Deceased, v. EMPIRE TRUST COMPANY OF THE CITY OF NEW YORK, as Executor, etc., of MATILDA WEINROTH, Deceased.— Preference granted for March 2, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

J. VAN VECHTEN OLCOTT, Individually and as Administrator, etc., of LAURA I. OLCOTT, Deceased, v. ESTATE OF CHARLES FREDERICK HOFFMAN, INC., and Others. — Preference granted for April 5, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARY SLUDIKOFF.— Motion for reargument granted and appeal dismissed unless appellant procure the record on appeal and appellant's points to be filed on or before March 12, 1927. Order of February 11, 1927, vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS P. LEE and Others, Appellants, v. AMERICAN REPUBLICS CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS P. LEE and Others v. AMERICAN REPUBLICS CORPORATION and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.